

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00369-CV

Style:      In re Mother Doe and Father Doe, Individually and as Next Friends of

John Doe and Jane Doe

Date motion filed[*]:      May 12, 2014

Type of motion:      Unopposed motion for one day extension of time to file appendix in support of response to petition for writ of mandamus and for leave to file amended response with corrected citations to appendix

Party filing motion:      Real parties in interest

Document to be filed:      Real parties in interest's response

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      May 12, 2014

     Number of prior extensions:      0      Current Due date: May 12, 2014

     Date Requested:      May 13, 2014

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: May 13, 2014

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     **Appellant's requests for a one-day extension of time to submit their appendix and for leave to file an amended response are granted.**

Judge's signature: /s/ Sherry Radack
         ☑ Acting individually      ☐ Acting for the Court
Panel consists of _____
Date: May 20, 2014

November 7, 2008 Revision